# ATTORNEY ROLE EXPLANATION

**Debra Parrish:** At the District Court level, Ms. Parrish acted as lead counsel and utilized the services of James Pistorino and Bridget Noonan to assist in overall case preparation and brief drafting. Ms. Parrish supervised and guided these attorneys and argued the successful motion for summary judgment. At the appellate level, Ms. Parrish continued to provide guidance and supervision and assisted with the preparation of the appellate briefing. In addition, Ms. Parrish attended mock oral arguments and sat at counsel's table during the appellate argument where she provided comments to assist in the argument.

**James Pistorino:** Mr. Pistorino is a partner at the Parrish' firm and, with Ms. Parrish's guidance and supervision, assisted Ms. Parrish by drafting various pleadings before the District Court. At the appellate level, Mr. Pistorino took the laboring oar in drafting the opening brief, conducted mock oral arguments, and also appeared at oral argument (with the guidance of Ms. Parrish and other counsel).

**Bridget Noonan:** Ms. Noonan is a partner at the Parrish' firm and, with Ms. Parrish guidance and supervision, assisted Ms. Parrish by performing various tasks including research, revisions to briefs, etc.

**Craig Nolan:** Mr. Nolan was a partner with Sheehey Furlong & Behm. At the District Court level, Mr. Nolan primarily acted as local counsel but also assisted by revising briefs and consulting on the case more generally. At the appellate level,

Mr. Nolan provided commentary and guidance on the briefing and consulted with counsel.

**Justin Brown:** Mr. Brown was an associate and is now a partner with Sheehey Furlong & Behm. Mr. Brown provided research and assisted counsel on briefing before the District Court.

**Alexandrea Nelson:** Ms. Nelson is an associate with Sheehey Furlong & Behm. At the appellate level, Ms. Nelson took the laboring oar in drafting the reply brief and also consulted with counsel.

**Richard Stanley:** Mr. Stanley is an appellate specialist. Mr. Stanley consulted with counsel and his primary role was in assisting with preparation for oral argument. Mr. Stanley sat at counsel's table during oral argument, where he provided guidance in responding to the issues raised by the Court.

# Debra M. Parrish

788 Washington Road  
Pittsburgh, PA  15228  
412-561-6250

1050 Conn. Ave., 10th Fl.  
Washington, DC 20036  
202-772-4254

debbie@dparrishlaw.com  
412-561-6253 (fax)  
412-337-2718 (cell)

## PROFESSIONAL EXPERIENCE

- **Parrish Law Offices,** 1999-Present
    Representing and counseling health care providers, research institutions, journals and life science companies in the areas of health care law (including reimbursement for innovative technology), science law (compliance with research regulations, investigations and research misconduct), intellectual property (including litigation, licensing, contracts and employee agreements).

- **Titus & McConomy LLP,** elected partner in 1996, 1994-1999
    Involved in complex litigation, science law (including research misconduct and research regulations, compliance and investigations including criminal investigations of life science companies), intellectual property (patent prosecution and litigation) and health care law.

- **Office of Research Integrity, Office of the General Counsel, Department of Health & Human Services,** 1992-1994
    Drafted rules and regulations governing scientific misconduct and research fraud; reviewed, investigated and prosecuted allegations of scientific misconduct.

- **Fulbright & Jaworski,** Washington, DC, Associate, 1989-1992
    Represented national health care clients on medical staff issues, Medicare/Medicaid reimbursement, and litigation involving health care providers; litigated intellectual property cases.

## EDUCATION
- **J.D., Duke University School of Law**
- **B.S.E., Biomedical Engineering, Duke University**
- **M.P.H., Johns Hopkins Bloomberg School of Public Health (expected 2021**)

## BAR MEMBERSHIPS AND ASSOCIATIONS
- **United States Court of Appeals for the Second Circuit**
- **United States Court of Appeals for the Ninth Circuit**
- **United States Court of Appeals for the Eleventh Circuit**

- **American Health Lawyers Association**
- **Society for Research Administrators**
- **National Association of College and University Attorneys**
- **American Bar Association, 2017 winner of the *Pro Bono Publico* Award**
- **Pennsylvania, North Carolina, District of Columbia and Florida Bar**
- **Patent Bar**
- **Allegheny County Bar Association**
- **Public Responsibility in Medicine and Research**
- **Council of Science Editors**

## ACTIVITIES

- **Council of Science Editors,** Editorial Policy Committee, 2004-Present
- **International Business Ethics Institute,** Director and Consultant, 1994-present
- **Institutional Review Board,** University of Pittsburgh Medical Center, 1994-1999
- **Adjunct Professor, University of Pittsburgh Medical Center,** Spring 2016

## SELECTED SPEECHES

National Presentations

- **"Research Misconduct: A Year in Review,"** Society of Research Administrators International, San Francisco, CA, October 2019 and October 2020.

- **"Patents and IP Protection: Why They Matter to Us,"** Society of Research Administrators International, San Francisco, CA, October 2019.

- **"Advocacy for Medicare Coverage for Diabetes,"** American Association of Diabetes Educators, Baltimore, MD, August 2018.

- **"DMEPOS Update,"** American Health Lawyers Association, Baltimore, MD, March 2017.

- **"Master Class: Billing Compliance,"** MAGI's Clinical Research Conference, Las Vegas, NV, October 23, 2016.

- **"Research Misconduct: A Year in Review,"** Society of Research Administrators, Annual Meeting, San Antonio, TX, October 26, 2016.

- **"The Journals' Role in Research Misconduct Cases,"** Society of Research Administrators, Annual Meeting, San Antonio, TX, October 25, 2016.

- **"Patient Access to Medications,"** panel discussion, Corporate AACE Partnership (CAP), Boston, MA, October 14, 2016.

- **"Standardization of Processes for Handling Research Misconduct,"** National Academy of Sciences Journal Summit, Washington, DC, March 17, 2016.

- **"DMEPOS Update,"** American Health Lawyers Association, Baltimore, MD, March 2016.

- **Patient Access to Medications,"** American Association of Clinical Endocrinologist, Boston, MA, Oct. 14, 2016.

- **"Top Ten Issues for Research Universities,"** moderator, National Association of College and University Attorneys Annual Meeting, Chicago, IL, June 2013.

Local and Regional Presentations

- **"Reimbursement Considerations for Clinical Diagnostic Tests,"** Pennsylvania Life Sciences & Association of University Technology Managers, Philadelphia, PA, October 2018.

- **"Research Misconduct and Clinical Trials"** and **"Research Misconduct and Graduate Students,"** Society for Research Administrators, Minneapolis, MN, April 28 and 29, 2014. • **"Reimbursement with a Global Fair Panel,"** Pennsylvania Bio (BioTech 2010), Philadelphia, PA, October 2010.

- **"Successfully Taking Your Claims Through the Medicare Appeals Process,"** Pennsylvania Bio (BioTech 2010), Philadelphia, PA, October 2010.

- **"Reimbursement for New Medical Technology,"** Carnegie Mellon University, Pittsburgh, PA, April 2010.

## SELECTED ARTICLES

- **"Federal Agencies Can Do More To Ensure Correction of the Literature,"** Accountability in Research, Vo. 25, issue 6, Sept. 2018.

- **"The Physician Payment Sunshine Act,"** Ethical Editor, May 2014.

- **"Research Misconduct in Clinical Trials and Clinical Research,"** Ethical Editor, July 2012.

- **"White Paper on Promoting Integrity in Scientific Journal Publications,"** Council of Science Editors, March 2012.

- "**Expressions of Concern and Their Uses,**" by Bridget Noonan and Debra M. Parrish, Learned Publishing, July 2008 Vol. 21, No. 3.

- **"Research Misconduct and Plagiarism,"** by Debra M. Parrish**,** Journal of College and University Law, January 2007, Vol. 33, No. 1.

- **White Paper on Promoting Integrity in Scientific Journal Publications,"** Council of Science Editors, Editorial Policy Committee (2006).

# JAMES CHARLES PISTORINO
224 Lexington Dr.
Menlo Park, CA 94025
(650) 400-0043
james.pistorino@gmail.com

**EXPERIENCE:**

| | |
|---|---|
| September 2015 - present | **PARTNER:** Parrish Law Office: Federal litigation, including appellate practice. |
| March 2011 – September 2015 | **PARTNER.** Perkins Coie, LLP. Intellectual Property litigation involving patents and copyrights and breach of contract actions in federal courts and arbitrations. |
| 2004-2011, 1996-2004 | **PARTNER/ASSOCIATE.** Howrey Simon Arnold & White (formerly Arnold, White & Durkee). Involved in full range of intellectual property representation including patent, copyright, trademark, and trade secret litigation, patent and trademark prosecution, motion and appellate practice, contracts, and legal research. Special emphasis on computer software related issues. |
| March – May 2001 | **ASSISTANT DISTRICT ATTORNEY.** Dallas County District Attorney's Office. Participated in the Lawyer's On Loan program prosecuting misdemeanor cases. Prosecuted thirteen (13) jury trials and five (5) trials before the Court. |
| May - August, 1995 | **LAW CLERK.** United States International Trade Commission, Office of Unfair Import Investigations. Legal research and memoranda related to patent infringement litigation. |

**REPRESENTATIVE MATTERS:**

*Driessen v. Sony Music Entertainment, et al.* (Utah)
    Defend Sony Music, Best Buy, Target, FYE in patent case involving music cards
*Clouding v. Amazon, Inc., et al.* (Del)
    Defend Amazon, Rackspace, Dropbox in cases related to cloud computing
*Round Rock Research LLC v. AsusTek Computer Inc., et al.* (Del)
*AsusTek Computer Inc. et al. v. Round Rock Research LLC* (ND Cal)
    Defend AsusTek in cases involving 16 patents related to computer components
*Technology Innovations Associates, LLC v. Google, Inc.* (Del)
    Defend Google in patent case involving user interfaces
*Mount Hamilton Partners LLC v. Google, Inc.* (ND Cal)
    Defend Google in patent case related to coupons
*FuzzySharp Technologies Inc. v. Intel Corp.* (ND Cal)
    Defend Intel in patent case related to 3D graphics

    *Techsavies LLC v. WDFA Marketing, Inc.* (ND Cal) (2010-2011)
        Represent TechSavies in breach of contract/copyright matter
    *Scientific Plastic Products, Inc. v. Merck & Co., Inc., et al.* (SD Cal) (2009)
        Defend Merck in patent case related to flash chromatography
    *CalCars, Inc. v. California Cars Initiative, Inc.* (CD Cal) (2008)
        Defend CCI in trademark infringement dispute
    *Anticancer v. Merck & Co., Inc.et al.* (SD Cal) (2007-10)
        Defend Merck in five patent case related to green fluorescent protein
    *Visto Corp. v. Seven Networks, Inc.* (ED Tex) (2005-2007)
        Defend Seven in multiple cases related to email synchronization
    *Streck Laboratories v. Beckman Coulter et al* (Neb) (1999-2000)
        Represent Streck in patent case related to blood substitutes

**ADMISSIONS:**
    State Bars of California and Texas, United States Patent & Trademark Office, United States Courts of Appeals for the Second Circuit, Fifth Circuit, and the Federal Circuit, United States Supreme Court

**EDUCATION:**
**Duke University School of Law**, Durham, NC.
    J.D. May 1996
**Duke University**, Durham, NC.
    B.S. with Distinction in Computer Science May 1993

**PUBLICATIONS/MEMBERSHIPS:**
SF Bay Area IP Inn of Court
    President (2012 –2014), Vice-President (2010-12), Treasurer (2008-10)
University of California Hastings Schools of Law (Spring 2013-Spring 2016)
    Adjunct professor, Patent Litigation
Santa Clara University (Summer 2012)
    Adjunct professor, Patent Litigation Strategies and Tactics

James C. Pistorino, *2012 Trends in Patent Case Filings*, BNA, (February 2013)
James C. Pistorino, *2011 Trends in Patent Case Filings*, BNA, (March 2012)
James C. Pistorino, *Concentration of Patent Cases Increases in Eastern District of Texas in 2010*, BNA, (April 2011)
James C. Pistorino, *Another Way to Attack Written Description in Re-Exam*, IPLaw360 (August 2010)
Glenn W. Rhodes, PATENT LAW HANDBOOK (1998-99, 1999-2000 eds)
    Chapter on summary judgment, portions of chapter on equitable defenses.
James C. Pistorino, *Recent Developments in Patent Law*,
    6 TEX. INTELL. PROP. LAW. J. 355 (1998).

Numerous speeches to ACC and other groups. 2015-20 SuperLawyer.

**Bridget Noonan**
788 Washington Road
Pittsburgh, PA 15228
Phone: 412-561-6250
Fax: 412-561-6253
E-mail: **bridget@dparrishlaw.com**

## PROFESSIONAL EXPERIENCE

- August 2012-Present   **Associate at Parrish Law Offices (Pittsburgh, PA)**
  Prepare appeals to the Office of Medicare Hearings and Appeals and the Medicare Appeals Council for a variety of durable medical equipment companies, laboratories, and health care providers; prepare relevant briefing for appeals to the Office of Medicare Hearings and Appeals; manage individual beneficiary case flow; currently researching and writing about topics in the field of research misconduct

- Summer 2011   **Paralegal at Parrish Law Offices (Pittsburgh, PA)**
  Prepared administrative law judge requests, pre-hearing briefs, and appeals to the Medicare Departmental Appeals Board; researched, edited, and prepared articles concerning research misconduct; helped update a manual used by journal editors in addressing allegations of research misconduct

- Fall 2010   **Duquesne University School of Law Urban Development Law Clinic**
  Assisted clients with transferring title of real property in association with NeighborWorks of Western Pennsylvania; worked with local townships to discuss the feasibility of conservatorship for their abandoned or blighted properties

- 2004-2010   **Paralegal and Research Assistant at Parrish Law Offices (Pittsburgh, PA)**
  Researched case law for briefs in support of research misconduct clients; prepared and edited manuscripts concerning research misconduct issues; prepared administrative law judge requests for Medicare reimbursement claims. Prepared discovery request and helped prepare briefs for clients in research misconduct civil litigation.

## EDUCATION

- Duquesne University School of Law, 2012 J.D.
- University of Pittsburgh 2008, *summa cum laude*
  B.A. History, B.A. Political Science

## BAR MEMBERSHIPS AND ASSOCIATIONS

- Allegheny County Bar Association
- Pennsylvania Bar Association
- Society of Research Administrators International

## ACTIVITIES

- Duquesne Women's Law Association (Domestic Violence Committee Co-Chair, 2011-2012; Breast Cancer Awareness Committee Member 2009-2012)
- Energy & Mineral Law Society (2012)
- Mentor to First-Year Students Program (2011-2012)
- Participant in The Great Case Competition (October 2011), sponsored by the University of Pittsburgh Katz Graduate School of Business and School of Law
- Phi Alpha Delta Legal Fraternity

## PUBLICATIONS

- Bridget Noonan and Debra M. Parrish, "Image Manipulation as Research Misconduct," *Science and Engineering Ethics*, May 2009.

- Bridget Noonan and Debra M. Parrish, "Expressions of Concern and Their Uses," *Learned Publishing*, July 2008.

## SPEECHES AND PRESENTATIONS

- **"Beyond the Journals: Research Misconduct Outside of Academic Publications,"** 2017 Society of Research Administrators International Annual Meeting, Vancouver, CAN, October 16, 2017.

- **"The Basics of Research Misconduct Investigation Committees,"** 2016 Society of Research Administrators International Annual Meeting, San Antonio, TX, October 25, 2016.

- **"Landmark Research Misconduct Cases,"** 2016 Society of Research Administrators International Northeast/Southern Section Meeting, New York, NY, March 1, 2016.

- **"Research Misconduct: The Basics,"** 2015 Society of Research Administrators International Annual Meeting, Las Vegas, NV, October 21, 2015.

- **"Graduate Student Research Misconduct,"** 2015 Research Integrity Symposium, University of Southern Maine, May 22, 2015.

- **"Graduate Student Research Misconduct,"** Society of Research Administrators International Midwest/Northeast Section Meeting, Minneapolis, MN, April 28, 2014.

- **CLE topic "Recent Changes to the Federal Rules of Evidence and the Effect on the Pennsylvania

**Rules of Evidence,"** Duquesne University School of Law Continuing Legal Education Project, Pittsburgh, PA, April 9, 2011.

# CRAIG SCOTT NOLAN

**LEGAL EXPERIENCE**

**Shareholder/Director, Sheehey Furlong & Behm P.C.** Burlington VT (4/15 – Present)
Advise and represent businesses and individuals in complex civil litigation and white collar and serious felony criminal investigations and prosecutions. Represent law enforcement agents in disciplinary proceedings, and health care entities and professionals before regulatory agencies.

**Supervisory Assistant U.S. Attorney, District of Vermont** Burlington/Rutland VT (1/07 – 4/15)
Investigated and prosecuted narcotics, firearms, financial, violent, child exploitation, immigration and other federal crimes. Recipient of 2013 EOUSA Director's Award for Superior Performance by an AUSA-Criminal. Served as Rutland Branch Chief/Supervisory AUSA, led District's Organized Crime Drug Enforcement Task Force and coordinated District's narcotics enforcement 2008-2014. Led investigation and prosecution of Michael Jacques for kidnapping, rape and capital murder of Brooke Bennett, resulting in sentence of life plus seventy years imprisonment. Tried to jury verdict multiple cases before each of United States District Judges Christina Reiss, William K. Sessions III and J. Garvan Murtha.

**State's Attorney for Washington County** Barre VT (1/05 – 1/07)
Served as chief law enforcement official in Vermont's third largest county. Set policy, advised eight law enforcement agencies and supervised staff of eight, including four deputy prosecutors and one detective. Prosecuted and tried to jury verdict criminal cases, and litigated appeals, post-conviction relief and juvenile proceedings. Established Drug Treatment Court.

**Deputy State's Attorney for Lamoille County** Hyde Park VT (3/02 – 1/05)
Led specialized unit responsible for investigating and prosecuting crimes of sexual and domestic violence. Prosecuted and tried to jury verdict criminal cases, and litigated appeals, post-conviction relief and juvenile proceedings.

**Partner, Sargent & Nolan, LLP** Morrisville VT (3/02 – 12/02)
Advised and represented businesses and individuals in litigation and transactional matters.

**Law Clerk to the Honorable Fred I. Parker** Burlington VT (11/99 – 10/00)
**United States Circuit Judge for the Second Circuit**

**Associate, Dinse, Knapp & McAndrew, P.C.** Burlington VT (7/97 – 10/99, 10/00 – 3/02)
Advised and represented businesses, insurers and individuals in commercial, medical malpractice and professional liability defense, employment, civil rights and tort matters.

**Associate, Maupin Taylor & Ellis, P.A.** Raleigh NC (8/96 – 6/97)
Advised and represented businesses in employment, labor, civil rights and commercial matters.

**Law Clerk to the Honorable Terrence W. Boyle** Elizabeth City NC (9/95 – 8/96)
**United States District Judge for the Eastern District of North Carolina**

**Summer Associate, Wiggin & Nourie, P.A.** Manchester NH (1994)

**Summer Associate, Popham, Haik, Schnobrich & Kaufman, Ltd.** Washington DC (1993/1994)

# CRAIG SCOTT NOLAN

## EDUCATION

**William & Mary Law School** — Williamsburg VA
J.D. with Honors (Order of the Coif), May 1995
GPA: 3.5/Rank: 10 of 167
Editor-in-Chief, *William & Mary Bill of Rights Journal*

**Dartmouth College** — Hanover NH
A.B. with Honors in Psychology, June 1990

**Phillips Exeter Academy** — Exeter NH
Diploma with High Honors, June 1986

## COURT ADMISSIONS & BAR ASSOCIATIONS

**Courts**
Vermont (1997)
North Carolina (1997/inactive)
Maryland (1996/inactive)
United States District Court for the District of Vermont (1997)
United States District Court for the Northern District of New York (2015)
United States District Court for the Eastern District of North Carolina (1997)
United States District Court for the Middle District of North Carolina (1997)
United States Court of Appeals for the Second Circuit (2007)
United States Court of Appeals for the Fourth Circuit (1997)

**Bar Associations**
American Bar Association
Federal Bar Association
Vermont Bar Association
Chittenden County Bar Association
Vermont Association of Criminal Defense Lawyers
Dartmouth Lawyers Association

## CIVIC ACTIVITIES

Member, Second Circuit CJA Attorney Advisory Group
Justice of the Peace, Town of Waterbury
Former Member, District of Vermont Civil Jury Instructions Committee
Former Alternate Commissioner, District 5 Environmental Commission
Former Board Chair, Village of Jeffersonville
Former Board Member, Vermont Works for Women
Former Board Member & Secretary, Bishop John A. Marshall School
Former Board Member & Secretary, Good Steward Foundation of Morrisville
Former Member, Rotary Club of Waterbury
Former Instructor, Law and the Individual, Community College of Vermont

# CRAIG SCOTT NOLAN

## REPRESENTATIVE SIGNIFICANT CRIMINAL CASES

*United States v. Jacques*, No. 2:08-cr-117 (D.Vt.): Led investigation and capital prosecution of kidnapping, rape and murder of 12-year-old girl, resulting in sentence of life plus 70 years.

*United States v. Delarosa et al.*, No. 1:09-cr-64 (D.Vt.): Led investigation and prosecution of District's largest powder cocaine conspiracy. Convicted more than 25 conspirators through two trials and pleas, resulting in sentence of 25 years for lead defendant. Received 2013 EOUSA Director's Award for Superior Performance by an AUSA-Criminal.

*United States v. Annette et al.*, No. 2:10-cr-131 (D.Vt.): Led investigation and prosecution of District's largest crack cocaine conspiracy. Convicted lead defendant at trial, resulting in sentence of 21 years.

*United States v. Ali et al.*, No. 2:04-cr-154 (D.Vt.): Led investigation and prosecution of alien smuggling into United States by organization based in Montreal, Canada.

*United States v. Anderson*, 772 F.3d 969 (2d Cir. 2014): Successfully argued on appeal that defendant was precluded from seeking to suppress, on substantive due process grounds, crack cocaine seized in illegal search of his wife (reversing District Court).

*State of Vermont v. Mostyn*, No. 8-1-15 Rdcr (Feb. 4, 2016): Obtained acquittal by jury of ATF agent on trial for simple assault.

*State of Vermont v. Wool*, No. 2437-7-15 Cncr (Dec. 6, 2016): Obtained in sexual assault prosecution suppression of pre-arrest interview of client by CUSI detectives as involuntary and violation of *Miranda*.

*State of Vermont v. Langlois*, 1218-11-04 Wncr (July 18, 2006): Obtained conviction of defendant for repeated sexual assaults of pre-teen boy, resulting in sentence of 10 to 30 years.

## LEGAL PUBLICATIONS

*Reaching Jury on Claims of Gender Stereotyping and Employment Retaliation*, Vt. Emp. L. Letter, June 1999, at 3.

*Nondisabled Employees May Sue for Retaliation Under the ADA*, Vt. Emp. L. Letter, Apr. 1999, at 3.

*Waivers of Age Claims: Elaboration and an Update*, Vt. Emp. L. Letter, Mar. 1999, at 4.

*Duty to Disclose: Representations to Applicants*, Vt. Emp. L. Letter, Feb. 1999, at 7.

*Discrimination on the Basis of Alien Status Ruled Illegal*, Vt. Emp. L. Letter, Dec. 1998, at 3.

*The Tort of Wrongful Discharge - The Public Policy Exception, Part II*, Campbell L. Observer, Apr. 1997, at 7.

*The Tort of Wrongful Discharge - The Public Policy Exception, Part I*, Campbell L. Observer, Mar. 1997, at 6.

*Successor Liability Under Title VII of the Civil Rights Act of 1964*, Campbell L. Observer, Dec. 1996, at 6.

*Survey: Has Congress Really Solved the Controversy Surrounding the Jurisdiction of Bankruptcy Courts?*, 5 J. Bankr. L. & Prac. 481, 481-99 (1996).

# Alexandrea L. Nelson

3 Deer Run, Underhill, Vermont, 05489 ▪ (801) 502-8003 ▪ alex.nelson103@gmail.com
Vermont Bar No. 5859 (Admitted October, 2018) ▪ Utah Bar No. 15692 (Admitted October, 2015)

## ACADEMIC BACKGROUND

**Juris Doctor** <span style="float:right">May 2015</span>
*S.J. Quinney College of Law* <span style="float:right">Salt Lake City, Utah</span>
University of Utah, Highest Honors, GPA: 4.0

- Recipient of the 2013, 2014, & 2015 *Dean's Award* (awarded to the highest ranked student for the class of 2015)
- Member of the Order of the Coif
- Executive Managing Editor, UTAH LAW REVIEW
- *CALI Award* (recognized highest grade): Securities Law I, Criminal Law, Property, Legal Methods II, Federal Income Tax, Securities Law Seminar, Crime Victims' Rights, Corporate Finance, Administrative Law, Criminal Procedure, and Torts
- *College of Law Outstanding Achievement Award*: Constitutional Law I, Evidence, Civil Procedure, Business Organizations, and Legal Methods I
- Recipient of the 2014–2015 Roger and Madeleine Traynor Scholarship for excellence in legal writing
- Traynor Moot Court Participant, Top Ten Brief and Top Ten Oralist (preliminary round)
- Member of the 2015 SJQ Corporate Transactional Law Team, Best Brief, Western Region

**B.S. Finance** <span style="float:right">May 2011</span>
University of Utah <span style="float:right">Salt Lake City, Utah</span>
Cum Laude, GPA: 3.85

## PROFESSIONAL EXPERIENCE

**Litigation Associate** <span style="float:right">September 2018 – Present</span>
Sheehey Furlong & Behm <span style="float:right">Burlington, Vermont</span>

**Judicial Clerk** <span style="float:right">August 2017 – August 2018</span>
United States Second Circuit Court of Appeals, Judge Peter W. Hall <span style="float:right">Rutland, Vermont</span>

**Judicial Clerk** <span style="float:right">November 2016 – July 2017</span>
Utah Federal District Court, Chief Magistrate Judge Paul M. Warner <span style="float:right">Salt Lake City, Utah</span>

**Judicial Clerk** <span style="float:right">October 2015 – October 2016</span>
Utah Federal District Court, Honorable Judge Dee V. Benson <span style="float:right">Salt Lake City, Utah</span>

**Government Honors Legal Intern** <span style="float:right">August 2014 – November 2014</span>
U.S. Securities and Exchange Commission <span style="float:right">Salt Lake City, Utah</span>

**Summer Associate** <span style="float:right">Summers 2013, 2014, & 2015</span>
Ray Quinney & Nebeker <span style="float:right">Salt Lake City, Utah</span>

## PUBLICATIONS

*The Materiality of Morality: Conflict Minerals*, UTAH LAW REVIEW (Spring 2014).
*Cost-Benefit Analysis and The Conflict Minerals Rule*, ADMINISTRATIVE LAW REVIEW (June 2016).

# JUSTIN A. BROWN

● 60 Winooski Falls Way, Unit 1110, Winooski, VT 05404 ● Cell: (802) 345-0397 ● E-mail: justinbro@gmail.com

## EDUCATION
**Vermont Law School (VLS)**, South Royalton, VT
Juris Doctor *cum laude*, May 2009; Master of Environmental Law and Policy *magna cum laude*, February 2012
- Dean's List; Legal Writing Honors
- *ILSA Quarterly* Editorial Board, Fall 2008-Spring 2009
- Winner, 2009 ABA Section of Public Utilities Law William K. Kolbe National Student Writing Competition
- 1st Place in the International Law Students Association National Legal Writing Competition on Genocide Law
- Best Brief & Best Team - VLS Moot Court Competition; argued before the Vermont Supreme Court, Spring 2008
- Member, Jessup International Law Moot Court Team and the ABA Negotiations-Client Counseling Board
- Dean's Fellow: Selected to teach Legal Writing I to first year students based on performance in legal writing

**Tufts University**, Medford, MA
Bachelor of Arts *cum laude*, Political Science, with minor in History, May 2005
- News Writer for *The Tufts Daily*; Tufts Alpine Ski Team; Studied abroad in New Zealand and France

## BAR ADMISSIONS
- Vermont State Bar (Admitted October 2016)
- Massachusetts State Bar (Admitted November 2009)

## PROFESSIONAL EXPERIENCE
**Sheehey Furlong & Behm P.C.**, Burlington, VT; *Partner*, January 2019-Present; *Associate*, July 2016-December 2018
- Representation of clients in complex business disputes including breach of contract, breach of fiduciary duty, professional malpractice, and business torts.
- Representation of hospitals in medical malpractice litigation and investigations.
- Representation of gas and electric utilities in negligence and land use actions.
- Representation of clients investigated by U.S. Attorney's Office and Vermont Attorney General's Office regarding alleged False Claims Act and Consumer Protection violations.

**DLA Piper LLP (US)**, Boston, MA; *Litigation Associate*, September 2011-June 2016
- Representation of clients in complex business disputes and land-use litigation involving zoning and environmental disputes.
- Representation of Fortune 50 life sciences multinational company in significant compliance and government investigation (FCPA) matters in Asia (China, Thailand, Indonesia, Taiwan), the Middle East (Saudi Arabia, Jordan, Iraq, Iran, Lebanon), South America (Mexico, Brazil), Russia, and Algeria.
- Representation of Fortune 500 multinational pharmaceutical company in responding to subpoena issued by the United States Attorney's Office for the District of Massachusetts regarding alleged off-label marketing.
- Representation of former corporate employee in criminal investigation by the United States Attorney's Office for the Eastern District of Virginia.
- Representation of non-profit before Massachusetts District Court to obtain multiple damages award for violating consumer protection laws; representation of pro bono clients before Massachusetts Bureau of Special Education Appeals regarding failure of school districts to provide students with a free and appropriate public education.

**U.S. Court of Appeals for the Second Circuit**, Honorable Peter W. Hall, Rutland, VT and New York, NY
*Judicial Law Clerk*, August 2010-August 2011
- Researched, drafted, and edited opinions, orders, and inter-chambers memoranda on diverse criminal and civil issues.

**Connecticut Appellate Court**, Honorable William J. Lavery and the Honorable Francis X. Hennessy, Hartford, CT
*Judicial Law Clerk*, May 2009-July 2010
- Researched, drafted, and edited opinions and motions memoranda with a focus on land use issues.

**Massachusetts Department of Environmental Protection**, Boston, Massachusetts; *Legal Intern*, September 2011
- Drafted a policy paper recommending a regulatory framework for wind energy siting in Massachusetts.

**Vermont Superior Court, Environmental Division**, Barre, Vermont; *Legal Intern*, August-September 2011
- Drafted and edited opinions, orders, and jury instructions regarding land use and other matters.

# JUSTIN A. BROWN

● 60 Winooski Falls Way, Unit 1110, Winooski, VT 05404 ● Cell: (802) 345-0397 ● E-mail: justinbro@gmail.com

## PROFESSIONAL EXPERIENCE (*continued*)

**Northeast Utilities**, Berlin, CT; *Summer Associate*, Summer 2008
- Researched and wrote memoranda on environmental (CERCLA) and energy (rate cases) issues.

**Casella Waste Systems, Inc.**, Rutland, VT; *Legal Intern*, Winter 2008-Spring 2008
- Researched and wrote memoranda regarding permitting and solid waste facility site assignment challenges.

## PUBLICATIONS

- Justin A. Brown, *King Coal's Uncertain Future: An Analysis of the Growing U.S. Coal Moratorium*, 2010 A.B.A. SEC. PUB. UTIL., COMMC'N, & TRANSP. L. - RECENT DEVS. 379.
- Justin Brown, *After the 2008 – 2009 Gaza War: Continued Tit for Tat Attacks or Eventual Peace?*, 17 INT'L L. STUDENTS ASS'N Q. 7 (Apr. 2009).
- Tracy Bach & Justin Brown, *Recent Developments in Australian Climate Change Litigation: Forward Momentum From Down Under*, 8 SUSTAINABLE DEV. L. & POL'Y 39 (2008).
- Justin Brown, *The Question of Right Authority: Moving the Responsibility to Protect from Soft to Hard Law*, 17 INT'L L. STUDENTS ASS'N Q. 16 (Dec. 2008).
- Justin Brown, Pelletier v. Sordoni/Skanska Construction Company*: A Win for General Contractors and Construction Managers*, THE CONDUIT: LEGAL NEWS FOR NU INFRASTRUCTURE PROJECTS (Northeast Utilities Legal Dep't, Berlin, Conn.) (Aug. 2008).
- Justin Brown, *Climate Change Alters the Legal Landscape*, THE CONDUIT: LEGAL NEWS FOR NU INFRASTRUCTURE PROJECTS (Northeast Utilities Legal Dep't, Berlin, Conn.) (Sept. 2008).

## ADDITIONAL EXPERIENCE

**Crystal Bay Club Casino**, Crystal Bay, NV; *Vault Supervisor/Cage Cashier*, Fall 2005-Summer 2006
- Balanced vault bank of over $1,000,000 and a $30,000 cage cashier bank; managed VIP's credit levels/history; provided positive customer service during peak periods to over 700 customers.

**WorldTeach Ecuador - Harvard University Center for International Development**, Cambridge, MA
*English Teacher*, Summer 2005
- Designed curriculum and lesson plans concerning sustainable development in Puerto Lopez, Ecuador. Taught English to a range of student populations, from eco-tourism professionals to grade school pupils.

**State Senator Charles Shannon**, Boston, MA; *Intern*, Spring 2005
- Provided support to the Senator's office by drafting talking points and responding to constituent concerns.

**U.S. Senator James M. Jeffords**, Washington D.C; *Intern*, Summer 2004
- Performed background research associated with bill preparation; directly recruited bill co-sponsors.

## PROFESSIONAL MEMBERSHIPS & BOARD SERVICE

**American Bar Association** (Member 2006 – Present)

**Vermont Bar Association** (Member October 2016 – Present)

**Boston Bar Association** (Member 2011–Present)

**Green Up Vermont** (Board of Directors, March 2018-Present)

## ACTIVITIES/INTERESTS

- Running full/half marathons (Boston and New York), alpine ski racing, hiking, hunting, soccer, scuba diving, and international travel.

**RICHARD L. STANLEY**

**Law Office of Richard L. Stanley**
P.O. Box 7967
Houston, TX 77270
Telephone: (832) 656-4277
Email: rstanleylaw@gmail.com

**Law Office of Richard L. Stanley** (March 16, 2011 – present)

    Solo practitioner specializing in appellate matters, briefing, and counseling in intellectual property cases primarily before the U.S. Court of Appeals for the Federal Circuit, as well as in related proceedings before the U.S. Supreme Court and federal district courts.

**Howrey, LLP** (February 1, 2000 – March 15, 2011)

    Partner specializing in appellate matters, briefing, motions, analysis, strategy, and counseling in intellectual property cases primarily before the U.S. Court of Appeals for the Federal Circuit, as well as in related proceedings before the U.S. Supreme Court and federal district courts.

**Arnold, White & Durkee, P.C.** (August 1989 – January 31, 2000)

    Shareholder (January 1995 – January 2000)
    Associate (August 1989 – December 1994)

**Covington & Burling, LLP** (November 1988 – July 1989)

    Associate for general litigation matters involving government contracts, environmental, and insurance coverage matters.

**U.S. Court of Appeals for the Federal Circuit** (August 1986 – September 1988)

    Law Clerk, Judge Paul R. Michel (February 1988 – September 1988)
    Law Clerk, Senior Judge Marion T. Bennett (August 1986 – February 1988)

**Education**:

    University of California, Berkeley, School of Law (Boalt Hall), J.D., 1986

    Stanford University, M.S., Civil/Geotechnical Engineering, 1980

    University of California, Davis, B.S., Civil Engineering, 1979 (with highest honors)

**Professional Affiliations**:

    Member, State Bar of Texas
    Member, State Bar of Ohio
    Member, District of Columbia Bar
    Member, State Bar of California (inactive)
    Registered Patent Attorney (U.S. Patent and Trademark Office, Reg. #36936)
    Federal Circuit Advisory Council (2005 – 2011)
    Federal Circuit Bar Association
        Board of Governors (1995 – 1998)
        Amicus Committee (Co-Chair, 1993 – 1995; Member, 1995 – present)
    Texas, Super Lawyers (2003 - 2010, 2016 – 2017)
    Best Lawyers in America (2002 – 2017)
        Intellectual Property Lawyer of the Year, Houston, TX (2011)
    Master, The Honorable Nancy F. Atlas Intellectual Property Inn of Court (2012 – 2017)
    American Intellectual Property Association
        Federal Practice & Procedure Committee
        Amicus Committee (1998 – 2002, 2014 – 2015)
    Houston Intellectual Property Law Association
    American Bar Association
    Registered Civil Engineer, State of California
    American Society of Civil Engineers

**Publications and Speaking Engagements**:

    "Willful Patent Infringement in the Federal Circuit," Houston Intellectual Property Law Association, Houston, TX (September 1995)

    "Recovery of Enhanced Damages for Willful Infringement," University of Houston Intellectual Property Law Center Program on Patent Damages, New Orleans, LA and Houston, TX (March 1994)

    "Best Mode Law and the Federal Circuit," Iowa Intellectual Property Law Association (October 1993)

**Prior Professional Experience** (August 1980 – July 1983)

    Geotechnical engineer for an international consulting firm in California and Alaska.